12/13/21, 1:07 PM

Case Summary



## 2021-CV-000750 : Jose Estala Ortiz vs. QuikTrip Corporation, et al.
### DISTRICT COURTS - Wyandotte County District Court

| | | | |
|---|---|---|---|
| **Case Number** | 2021-CV-000750 | **Plaintiff** | Jose Estala Ortiz |
| **Case Type** | Premises Liability | **Defendant** | QuikTrip Corporation et al |
| **Opened** | | **Judge** | William P Mahoney - Division BMAHONEY |
| **Status** | Active | | |

⊞ Show/Hide Participants

| File Date | Case History |
|---|---|
| 11-16-2021 | Certificate of Service DIS: Discovery (Generic) |
| 11-16-2021 | Petition for Damages PLE: Petition |
| 11-16-2021 | Summons Dustin Kerr PLE: Summons |
| 11-16-2021 | Summons QuikTrip Corporation PLE: Summons |
| 11-16-2021 | Summons QuikTrip West Incorporated PLE: Summons |
| 11-16-2021 | Summons QuikTrip West LLC PLE: Summons |
| 12-07-2021 | Clerk's 14 Day Extension of Time Defendant QuikTrip West, Incorporated ORD: Clerk's Extension |
| 12-07-2021 | Clerk's 14 Day Extension of Time QuikTrip Corporation d/b/a QuikTrip #172 ORD: Clerk's Extension |
| 12-07-2021 | Clerk's 14 Day Extension of Time Dustin Kerr ORD: Clerk's Extension |
| 12-07-2021 | Clerk's 14 Day Extension of Time QuikTrip West, LLC ORD: Clerk's Extension |
| 12-08-2021 | Entry of Appearance INF: Entry of Appearance |
| 12-08-2021 | Entry of Appearance INF: Entry of Appearance |
| 12-10-2021 | Affidavit of Service RET: Return of Service |
| 12-10-2021 | Affidavit of Service RET: Return of Service |
| 12-10-2021 | Affidavit of Service RET: Return of Service |
| 12-10-2021 | Affidavit of Service RET: Return of Service |
| 12-13-2021 | Entry of Appearance INF: Entry of Appearance |

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 11:24
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000750

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | | |
|---|---|---|
| **JOSE ESTALA ORTIZ,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| **v.** | ) | **Case No. 2021-CV-000750** |
| | ) | **Division No.___** |
| **QUIKTRIP CORPORATION, et. al.,** | ) | **Chapter 60** |
| | ) | |
| **Defendants**. | ) | |

### CERTIFICATE OF SERVICE

**COMES NOW,** Plaintiff Jose Estala Ortiz, by and through counsel, and hereby certify that on November 16, 2021, Plaintiff served the following via process server:

1. Plaintiff's Opening Interrogatories directed to Defendant Dustin Kerr; and

2. Plaintiff's Opening Request for Production of Documents directed to Defendant Dustin Kerr; and

3. Plaintiff's Opening Interrogatories directed to Defendant QuikTrip Corporation; and

4. Plaintiff's Opening Request for Production of Documents directed to Defendant QuikTrip Corporation; and

5. Plaintiff's Opening Interrogatories directed to Defendant QuikTrip West, Incorporated; and

6. Plaintiff's Opening Request for Production of Documents directed to Defendant QuikTrip West, Incorporated; and

7. Plaintiff's Opening Interrogatories directed to Defendant QuikTrip West, LLC; and

8. Plaintiff's Opening Request for Production of Documents directed to Defendant QuikTrip West, LLC.

**EXHIBIT A**

Respectfully Submitted By:

**PREUSS | FOSTER**

*/s/ Shawn G. Foster*
Shawn G. Foster, KS #19090
Thomas J. Preuss, KS #21431
Nicholas K. Schmiemeier, KS#28713
10601 Mission Rd., Suite 250
Leawood, KS 66206
Ph. 816-307-2788
Fax:816-336-9705
Email: sfoster@pflaw.com
tjpreuss@pflaw.com
nschmiemeier@pflaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served on this 16th day of November, 2021 via process server.

*/s/ Shawn G. Foster*
Shawn G. Foster

2

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| **JOSE ESTALA ORTIZ,** | ) |
| | ) |
| **Plaintiff**, | ) |
| | ) |
| **v.** | )     **Case No. _____** |
| | )     **Division No.__** |
| **QUIKTRIP CORPORATION** | )     **Chapter 60** |
| **d/b/a QUIKTRIP #172,** | ) |
|      Serve: | ) |
|      The Corporation Company, Inc. | ) |
|      112 SW 7th St. | ) |
|      Suite 3C | ) |
|      Topeka, KS 66603 | ) |
| | ) |
| **and** | ) |
| | ) |
| **QUIKTRIP WEST, LLC** | ) |
|      Serve: | ) |
|      CT Corporation System | ) |
|      112 SW 7th St. | ) |
|      Suite 3C | ) |
|      Topeka, KS 66603 | ) |
| | ) |
| **and** | ) |
| | ) |
| **QUIKTRIP WEST, INCORPORATED** | ) |
|      Serve: | ) |
|      CT Corporation System | ) |
|      112 SW 7th St. | ) |
|      Suite 3C | ) |
|      Topeka, KS 66603 | ) |
| | ) |
| **and** | ) |
| | ) |
| **DUSTIN KERR** | ) |
|      Serve: | ) |
|      22113 W 52nd St. | ) |
|      Shawnee, KS 66226 | ) |
| **and** | ) |
| | ) |
| **JOHN DOE ONE,** | ) |
| | ) |
| **and** | ) |
| | ) |

1

**EXHIBIT A**

JOHN DOE TWO,                              )
                                           )
and                                        )
                                           )
JOHN DOE THREE,                            )
                                           )
and                                        )
                                           )
JOHN DOE FOUR,                             )
                                           )
and                                        )
                                           )
JOHN DOE FIVE,                             )
                                           )
and                                        )
                                           )
JOHN DOE SIX,                              )
                                           )
and                                        )
                                           )
JOHN DOE SEVEN,                            )
                                           )
and                                        )
                                           )
JOHN DOE EIGHT                             )
                                           )
                                           )
                            **Defendants**.  )

## **PETITION FOR DAMAGES**

COMES NOW, Plaintiff Jose Estala Ortiz ("Plaintiff"), by and through his undersigned counsel of record, and for his claims and causes of action against Defendant QuikTrip Corporation d/b/a QuikTrip #172, QuikTrip West, LLC, QuikTrip West, Incorporated, Dustin Kerr, and John Doe Defendants ("Defendants"), alleges and states as follows:

1.      Plaintiff Jose Estala Ortiz was and is a resident of Kansas, residing at 6149 Cleveland Ave, Kansas City, Kansas 66104.

2.      Defendant QuikTrip Corporation d/b/a QuikTrip #172 (hereinafter "Defendant QuikTrip Corporation"), QuikTrip West, LLC, and QuikTrip West Incorporated, at all relevant

**EXHIBIT A**

times herein, and on November 16, 2019, owned, operated, and controlled the QuikTrip establishment located at 8200 Parallel Parkway, Kansas City, KS 66112.  Defendant QuikTrip Corporation operates in Kansas and is registered to do business in Kansas.

3.      Defendant QuikTrip Corporation at all relevant times herein, and on November 16, 2019, was organized in Kansas, was active and in good standing in the state of Kansas, was in the business of buying and selling motor fuel to the public, leasing and operating real estate, maintaining stores operated by QuikTrip, and controlled QuikTrip establishments, including the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112.

4.      At all times relevant herein, and on November 16, 2019, Defendant QuikTrip West, LLC was organized in Kansas, was active and in good standing in the state of Kansas, was in the business of buying and selling motor fuel to the public, leasing and operating real estate, maintaining stores operated by QuikTrip, and controlled QuikTrip establishments, including the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112. Defendant QuikTrip West, LLC is a Limited Liability Company.

5.      At the time of the incident, QuikTrip West, Incorporated was organized in Kansas, was active and in good standing in the state of Kansas, was in the business of buying and selling motor fuel to the public, leasing and operating real estate, maintaining stores operated by QuikTrip, and controlled QuikTrip establishments, including the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112.  At the time of the incident, QuikTrip West, Incorporated was a Kansas Corporation that converted to a Kansas Limited Liability Company.

6.      At all relevant times herein, and on November 16, 2019, Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated employed, managed, trained,

**EXHIBIT A**

and was responsible for Dustin Kerr, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight.

7.      Defendant Dustin Kerr is a Kansas resident and is an area supervisor for the QuikTrip defendants.  He is responsible for the training of employees, the daily operations of QuikTrip stores, adequate warnings on the premises, the construction and design of the stores so that the employees can maintain a visual of the pumps.

8.      Defendant John Doe One is a resident of Kansas and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

9.      Defendant John Doe Two is a resident of Kansas and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

10.      Defendant John Doe Three is a resident of Missouri and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

11.      Defendant John Doe Four is a resident of Missouri and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

**EXHIBIT A**

12.     Defendant John Doe Five is a resident of Kansas or Missouri and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019, and was the manager on duty at approximately 9:00 a.m. on November 16, 2019.

13.     Defendant John Doe Six is a resident of Missouri and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

14.     Defendant John Doe Seven is a resident of Kansas and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

15.     Defendant John Doe Eight is a resident of Missouri and a person, member, partner, agent, employee, or representative of the QuikTrip located at 8200 Parallel Parkway, Kansas City, KS 66112, who was working for or on behalf of Defendant QuikTrip on or about November 16, 2019.

16.     Jurisdiction in this Court is proper pursuant to K.S.A. 60-308 in that Defendants committed tortious acts in Kansas, transacted business in Kansas, and own property in Kansas, and at least one defendant resides in Kansas.

17.     Venue in this county is proper pursuant to K.S.A. 60-603 and K.S.A. 60-604, in that Plaintiff was first injured in Wyandotte County, Kansas and Defendants transact business in Wyandotte County, Kansas.

**EXHIBIT A**

## ALLEGATIONS COMMON TO ALL COUNTS

18.     On or about November 16, 2019, Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated owned and/or had possession and control of the premises located at 8200 Parallel Parkway, Kansas City, KS 66112 (hereinafter "premises"), and Defendants maintained that location as a commercial property available to the public.

19.     Part of the premises include gas pumps which were open and available to the public, which Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated owned and/or had possession and control on November 16, 2019.

20.     On or about November 16, 2019, Plaintiff lawfully entered the premises for the purpose of filling up his vehicle's gas tank with gasoline.

21.     On or about November 16, 2019, Plaintiff began pumping gas.  While pumping gas, Plaintiff was not smoking or using any devise that contained an open flame.

22.     On or about November 16, 2019, while Plaintiff was at the QuikTrip premises, and while filling up his gas tank, suddenly, and without warning, the gasoline caught fire and spread to Plaintiff's clothes and body.

23.     Static electricity around gasoline vapors created a dangerous condition.

24.     The fire that occurred while Plaintiff was pumping gas created a dangerous condition.

25.     Defendants knew, or in the exercise of reasonable care, should have known about these dangerous conditions.

26.     On or about November 16, 2019, it was foreseeable that static electricity could spark and ignite gasoline and/or gasoline vapors causing a fire.

6

**EXHIBIT A**

27.     On or about November 16, 2019, it was foreseeable that the gas tanks at the premises could cause a fire.

28.     On or about November 16, 2019, it was foreseeable that fire at the gas tanks on the premises would cause injuries to patrons and invited guests of the premises.

29.     Defendants failed to provide adequate warnings at the premises to the public concerning the dangerous conditions.

30.     Defendants failed to take reasonable efforts at the premises to make the dangerous conditions safe.

31.     Defendants failed to take any action to shut off the gas, provide medical treatment, or take any reasonable efforts to mitigate Plaintiff's injuries.

32.     Defendants failed to take reasonable efforts to extinguish the fire.

33.     As a result of Defendants' failures, Plaintiff suffered serious injuries, including severe second degree burns over approximately 25% of his body.

34.     Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated are vicariously liable for the acts of its employees, agents, and/or representatives who were on duty at the time of the occurrence mentioned in this Petition.

## COUNT I – NEGLIGENCE AGAINST QUIKTRIP CORPORATION, QUIKTRIP WEST, LLC, QUIKTRIP WEST, INCORPORATED, AND DUSTIN KERR

35.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 34 above, as if fully stated herein.

36.     As the owner of the premises, Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated, and Dustin Kerr had a duty to exercise ordinary and reasonable care for the protection of Plaintiff and other business invitees of the premises.

**EXHIBIT A**

37.     Defendants knew or should have known of the unsafe and unreasonably dangerous conditions of the area where Plaintiff sustained injuries and should have taken steps to shut off the gas, provide medical treatment, and/or remedy the conditions to prevent injury to Plaintiff and others.

38.     Defendants breached their duty of care owed to Plaintiff and were thereby negligent, in that:

    a. Defendants allowed their equipment to be maintained in such a state that it could ignite a fire.

    b. Defendants carelessly and negligently failed to turn off the flow of gasoline when it was apparent that a fire occurred at the gas pump.

    c. Defendants carelessly and negligently failed to provide any medical treatment to Plaintiff.

    d. Defendants carelessly and negligently failed to make any efforts to extinguish the fire at the gas pump and on Plaintiff.

    e. Defendants carelessly and negligently failed to make any reasonable efforts to mitigate Plaintiff's injuries.

    f. Defendants failed to ensure its gas pumps and nozzles were free from gasoline that was uncontained and had the ability to catch fire.

    g. Defendants failed to place adequate warning signs on or around the gas pumps.

    h. Defendants failed to adequately warn customers and invitees of the property that static electricity could spark and ignite gasoline at the premises.

    i. Defendants failed to provide warning that prior to touching the gas pump, customers should touch a metal surface and "ground" the electricity.

    j. Defendants constructed the interior in such a fashion to obstruct the view of its employees and agents, so that they could not see the pumps and turn the gas off in a timely fashion.

    k. Defendants constructed the interior in such a fashion to obstruct the view of its employees and agents, so that they could not come to the medical needs of its customers in a timely manner.

39.     As a direct and proximate result of Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated, and Dustin Kerr's negligence, Plaintiff suffered serious and debilitating injuries, including, but not limited to first, second, and third degree burns on

**EXHIBIT A**

Plaintiff's hands, lower extremities, abdomen, and genitals, together with additional bodily injuries, pain and suffering, mental anguish, permanent disfigurement, embarrassment, medical costs, lost wages, and loss of enjoyment of life, and Plaintiff is reasonably likely to incur such damages in the future.

WHEREFORE, Plaintiff prays for judgment against Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated, and Dustin Kerr on Count I of this Petition in an amount in excess of $75,000.00, together with all costs and other relief that the Court deems just and proper under the circumstances.

### COUNT II – NEGLIGENCE AGAINST QUIKTRIP CORPORATION, QUIKTRIP WEST, LLC, QUIKTRIP WEST, INCORPORATED, DUSTIN KERR AND JOHN DOE FIVE

40.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 39 above, as if fully stated herein.

41.     On or about November 16, 2019, John Doe Five was the manager on duty at the time Plaintiff's injuries occurred.

42.     On or about November 16, 2019, Dustin Kerr was the area supervisor that oversaw the QuikTrip where Plaintiff's injuries occurred.

43.     Independent of its vicarious liability, Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated had a duty to exercise reasonable care in hiring, retaining, training, and supervising its employees, including Dustin Kerr, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight.

44.     Independent of its vicarious liability, Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated had a duty to exercise reasonable care in ensuring its

**EXHIBIT A**

employees were prepared to take reasonable measures to keep its customers safe from dangerous and hazardous conditions and/or situations.

45.     Defendant Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated failed to exercise reasonable care in meeting their duties in at least the following respects:

a.    In failing to adequately train, instruct, supervise, and monitor Dustin Kerr, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight concerning the safe operation of QuikTrip and its premises.

b.    In failing to adequately train, instruct, supervise, and monitor Dustin Kerr, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight to keep a proper lookout for dangerous conditions on the premises, including fires.

c.    In failing to adequately train, instruct, supervise, and monitor Dustin Kerr, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight on how to properly provide emergency assistance to customers and business invitees who suffer harm on the premises.

d.    In failing to adequately train, instruct, supervise, and monitor Dustin Kerr, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight on how to immediately shut off the flow of gasoline.

e.    In failing to adequately enforce safety training, safety policies, and safety requirements.

f.    In failing to maintain their equipment.

46.     Defendant John Doe Five, the Manager, had a duty to exercise reasonable care in training, retaining, and supervising QuikTrip employees, including John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Six, John Doe Seven, and John Doe Eight.

47.     Defendant John Doe Five, the Manager, failed to exercise reasonable care in meeting their duties in at least the following respects:

a.    In failing to adequately train, instruct, supervise, and monitor John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Six, John

**EXHIBIT A**

Doe Seven, and John Doe Eight concerning the safe operation of QuikTrip and its premises.

b. In failing to adequately train, instruct, supervise, and monitor John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Six, John Doe Seven, and John Doe Eight to keep a proper lookout for dangerous conditions on the premises, including fires.

c. In failing to adequately train, instruct, supervise, and monitor John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Six, John Doe Seven, and John Doe Eight on how to properly provide emergency assistance to customers and business invitees who suffer harm on the premises.

d. In failing to adequately train, instruct, supervise, and monitor John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Six, John Doe Seven, and John Doe Eight on how to immediately shut off the flow of gasoline.

e. In failing to adequately enforce safety training, safety policies, and safety requirements.

f. In failing to construct the interior in such a fashion to obstruct the view of its employees and agents, so that they could not see the pumps and turn the gas off in a timely fashion.

g. In failing to construct the interior in such a fashion to obstruct the view of its employees and agents, so that they could not come to the medical needs of its customers in a timely manner.

h. In failing to train the employees to monitor the pumps while working inside the premises.

48. As a direct and proximate result of Defendants' negligence, Plaintiff suffered serious and debilitating injuries, including, but not limited to first, second, and third degree burns on Plaintiff's hands, lower extremities, abdomen, and genitals, together with additional bodily injuries, pain and suffering, mental anguish, permanent disfigurement, embarrassment, medical costs, lost wages, and loss of enjoyment of life, and Plaintiff is reasonably likely to incur such damages in the future.

WHEREFORE, Plaintiff prays for judgment against Defendants QuikTrip Corporation, QuikTrip West, LLC, QuikTrip West, Incorporated, Dustin Kerr, and John Doe Manager on Count

**EXHIBIT A**

II of this Petition in an amount in excess of $75,000.00, together with all costs and other relief that the Court deems just and proper under the circumstances.

### COUNT III – NEGLIGENCE AGAINST JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR, JOHN DOE FIVE, JOHN DOE SIX, JOHN DOE SEVEN, AND JOHN DOE EIGHT

49.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 48 above, as if fully stated herein.

50.     As employees, representatives, and/or agents of QuikTrip, John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight had a duty to exercise ordinary and reasonable care for the protection of Plaintiff and other business invitees of the premises.

51.     Defendants John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight knew or should have known of the unsafe and unreasonably dangerous condition of the area where Plaintiff sustained injuries and should have taken steps to shut off the gas, provide medical treatment, and/or remedy the condition to prevent injury to Plaintiff and others.

52.     Defendants John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight breached their duty of care owed to Plaintiff and were thereby negligent, in that:

    a.  Defendants carelessly and negligently failed to turn off the flow of gasoline when it was apparent that a fire occurred at the gas pump.

    b.  Defendants carelessly and negligently failed to provide any medical treatment to Plaintiff.

    c.  Defendants carelessly and negligently failed to make any efforts to extinguish the fire at the gas pump and on Plaintiff.

    d.  Defendants carelessly and negligently failed to make any reasonable efforts to mitigate Plaintiff's injuries.

12

**EXHIBIT A**

e. Defendants failed to ensure its gas pumps and nozzles were free from gasoline that was uncontained and had the ability to catch fire.

f. Defendants failed to ensure adequate warning signs were placed on or around the gas pumps.

g. Defendants failed to ensure adequate warnings were provided to customers and invitees of the property that static electricity could spark and ignite gasoline at the premises.

h. Defendants failed to ensure warnings were provided that prior to touching the gas pump, customers should touch a metal surface and "ground" the electricity.

53.    As a direct and proximate result of Defendants John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight's negligence, Plaintiff suffered serious and debilitating injuries, including, but not limited to first, second, and third degree burns on Plaintiff's hands, lower extremities, abdomen, and gentiles, together with additional bodily injuries, pain and suffering, mental anguish, permanent disfigurement, embarrassment, medical costs, lost wages, and loss of enjoyment of life, and Plaintiff is reasonably likely to incur such damages in the future.

WHEREFORE, Plaintiff prays for judgment against John Doe One, John Doe Two, John Doe Three, John Doe Four, John Doe Five, John Doe Six, John Doe Seven, and John Doe Eight on Count III of this Petition in an amount in excess of $75,000.00, together with all costs and other relief that the Court deems just and proper under the circumstances.

## COUNT IV – RES IPSA LOQUITUR

54.    Plaintiff incorporates by reference allegations 1 – 22 of this Petition, as if fully set forth herein.

55.    Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated owned and/or operated the QuikTrip store located at 8200 Parallel Parkway, Kansas City, KS 66112 on the date of the incident.

**EXHIBIT A**

56.     Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated owned and/or provided the gas pumps for use to customers, including Plaintiff, on the date of the incident.

57.     Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated are liable to Plaintiff under the doctrine of Res Ipsa Loquitur for the following reasons:

    a.  Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated had the exclusive control over the gas pump at the time of the incident.

    b.  The gas pump at the premise caused Plaintiff injuries.

    c.  Plaintiff's injuries would not have occurred if Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated would have properly controlled the gas pumps and/or properly cared for the gas pumps.

    d.  An object, such as a gas pump, does not ordinarily catch fire and cause injuries in the absence of negligence or due care.

    e.  The incident that occurred that caused Plaintiff's injuries and the reasonable inferences therefrom indicate that the incident was directly caused by the negligence of Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated.

    f.  Such negligence directly caused or directly contributed to cause injury and damage to Plaintiff, including suffered serious and debilitating injuries, including, but not limited to first, second, and third degree burns on Plaintiff's hands, lower extremities, abdomen, and genitals, together with additional bodily injuries, pain

14

**EXHIBIT A**

and suffering, mental anguish, permanent disfigurement, embarrassment, medical costs, lost wages, and loss of enjoyment of life.

WHEREFORE, Plaintiff prays for judgment against Defendants QuikTrip Corporation, QuikTrip West, LLC, and QuikTrip West, Incorporated on Count IV of this Petition in an amount in excess of $75,000.00, together with all costs and other relief that the Court deems just and proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiffs request a jury trial on all issues in this matter.

Respectfully Submitted By:

**PREUSS | FOSTER**

*/s/ Shawn G. Foster*
Shawn G. Foster, KS #19090
Thomas J. Preuss, KS #21431
Nicholas K. Schmiemeier, KS #28713
10601 Mission Rd., Suite 250
Leawood, KS 66206
Ph. 816-307-2788
Fax:816-336-9705
Email: sfoster@pflaw.com
tjpreuss@pflaw.com
nschmiemeier@pflaw.com

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

## SUMMONS

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

>   Dustin Kerr
>   **2213 W 52rd St.**
>   **Shawnee, KS  66226**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

>   Shawn Foster, Foster
>   10601 Mission Rd., Suite 250
>   Leawood, KS 66206

within 21 days after service of summons on you.



Clerk of the District Court

Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**

PLE: Petition Petition for Damages

**EXHIBIT A**

**ELECTRONICALLY FILED**
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**QuikTrip Corporation**
**112 SW 7th St. Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Shawn Foster, Foster
10601 Mission Rd., Suite 250
Leawood, KS 66206

within 21 days after service of summons on you.

*Kristi L. Hill*

Clerk of the District Court
Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**QuikTrip West Incorporated**
**112 SW 7th St. Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Shawn Foster, Foster
10601 Mission Rd., Suite 250
Leawood, KS 66206

within 21 days after service of summons on you.

*Kristi L. Hill*

Clerk of the District Court
Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**QuikTrip West LLC**
**112 SW 7th St. Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Shawn Foster, Foster

10601 Mission Rd., Suite 250

Leawood, KS 66206

within 21 days after service of summons on you.

*Kristi L. Hill*

Clerk of the District Court

Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**

PLE: Petition Petition for Damages

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 07 PM 3:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000750



**Court:**        Wyandotte County District Court

**Case Number:**  2021-CV-000750

**Case Title:**   Jose Estala Ortiz vs. QuikTrip Corporation, et al.

**Type:**         Clerk's 14 Day Extension of Time Defendant
                  QuikTrip West, Incorporated

SO ORDERED.

*Kristi l. Hill*

/s/ Clerk of District Court

Electronically signed on 2021-12-07 15:49:55    page 1 of 2

**EXHIBIT A**

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

| | | |
|---|---|---|
| JOSE ESTALA ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 2021-CV-000750 |
| | ) | |
| vs. | ) | |
| | ) | |
| QUIKTRIP CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**CLERK'S 14-DAY EXTENSION OF TIME**

Pursuant to Kansas Supreme Court Rule 113 and upon application of Brian Nye of Armstrong Teasdale LLP, attorney for Defendant QuikTrip West, Incorporated, now known as QuikTrip West, LLC (hereinafter "Defendant"), said Defendant is hereby granted an additional fourteen (14) days or until December 22, 2021 to answer or otherwise respond to Plaintiffs' Petition.

_____
Chief Clerk of the District Court

Submitted By:

ARMSTRONG TEASDALE LLP

 /s/ *Brian M. Nye*
_____
Karrie J. Clinkinbeard        #19583
Brian M. Nye                    #24094
2345 Grand Blvd., Ste. 1500
Kansas City, MO  64108
816.221.3420
816.221.0786 (fax)
kclinkinbeard@atllp.com
bnye@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP WEST, INCORPORATED

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 07 PM 3:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2021-CV-000750



**Court:**        Wyandotte County District Court

**Case Number:**  2021-CV-000750

**Case Title:**   Jose Estala Ortiz vs. QuikTrip Corporation, et al.

**Type:**         Clerk's 14 Day Extension of Time QuikTrip
                  Corporation d/b/a QuikTrip #172

SO ORDERED.

*/s/ Clerk of District Court*

Electronically signed on 2021-12-07 15:50:02    page 1 of 2

**EXHIBIT A**

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

| | |
|---|---|
| JOSE ESTALA ORTIZ, | ) |
| | ) |
| Plaintiff, | ) Case No: 2021-CV-000750 |
| | ) |
| vs. | ) |
| | ) |
| QUIKTRIP CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**CLERK'S 14-DAY EXTENSION OF TIME**

Pursuant to Kansas Supreme Court Rule 113 and upon application of Brian Nye of Armstrong Teasdale LLP, attorney for Defendant QuikTrip Corporation d/b/a QuikTrip #172 (hereinafter "Defendant"), said Defendant is hereby granted an additional fourteen (14) days or until December 22, 2021 to answer or otherwise respond to Plaintiffs' Petition.

_____
Chief Clerk of the District Court

Submitted By:

ARMSTRONG TEASDALE LLP

 /s/ *Brian M. Nye*
_____
Karrie J. Clinkinbeard          #19583
Brian M. Nye                      #24094
2345 Grand Blvd., Ste. 1500
Kansas City, MO  64108
816.221.3420
816.221.0786 (fax)
kclinkinbeard@atllp.com
bnye@atllp.com

ATTORNEYS FOR DEFENDANT
QUICKTRIP CORPORATION

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 07 PM 3:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750



**Court:**          Wyandotte County District Court

**Case Number:**    2021-CV-000750

**Case Title:**     Jose Estala Ortiz vs. QuikTrip Corporation, et al.

**Type:**           Clerk's 14 Day Extension of Time Dustin Kerr

SO ORDERED.

/s/ Clerk of District Court

Electronically signed on 2021-12-07 15:50:13    page 1 of 2

**EXHIBIT A**

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | |
|---|---|
| **JOSE ESTALA ORTIZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No: 2021-CV-000750** |
| **vs.** | ) |
| | ) |
| **QUIKTRIP CORPORATION, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

### CLERK'S 14-DAY EXTENSION OF TIME

Pursuant to Kansas Supreme Court Rule 113 and upon application of Brian Nye of Armstrong Teasdale LLP, attorney for Defendant Dustin Kerr (hereinafter "Defendant"), said Defendant is hereby granted an additional fourteen (14) days or until December 23, 2021 to answer or otherwise respond to Plaintiffs' Petition.

_____
Chief Clerk of the District Court

Submitted By:

ARMSTRONG TEASDALE LLP

 /s/ *Brian M. Nye*
_____
Karrie J. Clinkinbeard        #19583
Brian M. Nye                    #24094
2345 Grand Blvd., Ste. 1500
Kansas City, MO  64108
816.221.3420
816.221.0786 (fax)
kclinkinbeard@atllp.com
bnye@atllp.com

ATTORNEYS FOR DEFENDANT
DUSTIN KERR

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 07 PM 3:50
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750



**Court:**          Wyandotte County District Court

**Case Number:**    2021-CV-000750

**Case Title:**     Jose Estala Ortiz vs. QuikTrip Corporation, et al.

**Type:**           Clerk's 14 Day Extension of Time QuikTrip West,
                    LLC

SO ORDERED.

/s/ Clerk of District Court

Electronically signed on 2021-12-07 15:50:33     page 1 of 2

**EXHIBIT A**

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
CIVIL COURT DEPARTMENT**

| | |
|---|---|
| **JOSE ESTALA ORTIZ,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No:  2021-CV-000750** |
| ) | |
| **vs.** ) | |
| ) | |
| **QUIKTRIP CORPORATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**CLERK'S 14-DAY EXTENSION OF TIME**

Pursuant to Kansas Supreme Court Rule 113 and upon application of Brian Nye of Armstrong Teasdale LLP, attorney for Defendant QuikTrip West, LLC, previously known as QuikTrip West, Incorporated (hereinafter "Defendant"), said Defendant is hereby granted an additional fourteen (14) days or until December 22, 2021 to answer or otherwise respond to Plaintiffs' Petition.


_____
Chief Clerk of the District Court

Submitted By:

ARMSTRONG TEASDALE LLP

 /s/ *Brian M. Nye*
_____
Karrie J. Clinkinbeard        #19583
Brian M. Nye                    #24094
2345 Grand Blvd., Ste. 1500
Kansas City, MO  64108
816.221.3420
816.221.0786 (fax)
kclinkinbeard@atllp.com
bnye@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP WEST, LLC

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 08 PM 2:03
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

| | | |
|---|---|---|
| **JOSE ESTALA ORTIZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No:  2021-CV-000750** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **QUIKTRIP CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COMES NOW Brian M. Nye of the law firm of Armstrong Teasdale LLP and hereby enters his appearance on behalf of Defendant QuikTrip Corporation in the above captioned case.

ARMSTRONG TEASDALE LLP

/s/ *Brian M. Nye*

Karrie J. Clinkinbeard          #19583
Brian M. Nye                         #24094
2345 Grand Blvd., Ste. 1500
Kansas City, MO  64108
816.221.3420
816.221.0786 (fax)
kclinkinbeard@atllp.com
bnye@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 08 PM 2:04
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

**IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

| | | |
|---|---|---|
| **JOSE ESTALA ORTIZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No:  2021-CV-000750** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **QUIKTRIP CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ENTRY OF APPEARANCE

COMES NOW Karrie J. Clinkinbeard of the law firm of Armstrong Teasdale LLP and hereby enters her appearance on behalf of Defendant QuikTrip Corporation in the above captioned case.

ARMSTRONG TEASDALE LLP

 /s/ *Karrie J. Clinkinbeard*
Karrie J. Clinkinbeard      #19583
Brian M. Nye            #24094
2345 Grand Blvd., Ste. 1500
Kansas City, MO  64108
816.221.3420
816.221.0786 (fax)
kclinkinbeard@atllp.com
bnye@atllp.com

ATTORNEYS FOR DEFENDANT
QUIKTRIP CORPORATION

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 10 PM 3:37
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

## AFFIDAVIT OF SERVICE

State of Kansas                    County of Wyandotte                    District Court

Case Number: 2021-CV-000750

Plaintiff/Petitioner:
**JOSE ESTALA ORTIZ**

vs.

Defendant/Respondent:
**QUIKTRIP CORPORATION d/b/a QUIKTRIP #172, et al.**

Received by HPS Process Service & Investigations to be served on **Dustin Kerr, 2213 West 52nd Street, Shawnee, KS 66226**.

I, JOSEPH BASKA, being duly sworn, depose and say that on the **18th day of November, 2021 at 3:30 pm, I:**

Served the within named establishment by delivering a true copy of **Summons; Petition for Damages; Opening Interrogatories to Dustin Kerr; Plaintiff's First Request for Production of Documents to Defendant Dustin Kerr; and Certificate of Service to Chandler Beard, daughter** at the address of **2213 West 52nd Street, Shawnee, KS 66226**.

I am over the age of eighteen, and have no interest in the above action.

**JOSEPH BASKA**
Process Server

Subscribed and Sworn to before me on the 19th day of
November, 2021 by the affiant who is personally known
to me.

NOTARY PUBLIC

JESSICA KIEWEL
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JULY 18, 2025
CLAY COUNTY
COMMISSION #21619191

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2021022870

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **Dustin Kerr**
> **2213 W 52rd St.**
> **Shawnee, KS  66226**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Shawn Foster, Foster
> 10601 Mission Rd., Suite 250
> Leawood, KS 66206

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**

PLE: Petition Petition for Damages

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 10 PM 3:37
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

## AFFIDAVIT OF SERVICE

**State of Kansas**                    **County of Wyandotte**                    **District Court**

Case Number: 2021-CV-000750

Plaintiff/Petitioner:
**JOSE ESTALA ORTIZ**

vs.

Defendant/Respondent:
**QUIKTRIP CORPORATION d/b/a QUIKTRIP #172, et al.**

Received by HPS Process Service & Investigations to be served on QuikTrip Corporation, 112 SouthWest 7th Street, Suite 3C, Topeka, KS 66603.

I, KATIE SHIFLETT, being duly sworn, depose and say that on the **17th day of November, 2021 at 12:10 pm, I:**

Served the within named establishment by delivering a true copy of **Summons; Certificate of Service; Petition for Damages; Plaintiffs First Request for Production of Documents to Defendant QuikTrip Corporation; Opening Interrogatories to QuikTrip Corporation.** to Tammy Cessna, Intake Specialist at the address of **112 Southwest 7th Street, Suite 3C, Topeka, KS 66603.**

I am over the age of eighteen, and have no interest in the above action.

*Katie Shiflett*

**KATIE SHIFLETT**
Process Server

Subscribed and Sworn to before me on the 23rd day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2021022880

Elmer William Wilson
NOTARY PUBLIC~STATE OF KANSAS
MY APPT EXP: Dec 8 2021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

**EXHIBIT A**

ELECTRONICALLY FILED

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**QuikTrip Corporation**
**112 SW 7th St. Suite 3C**
**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Shawn Foster, Foster

10601 Mission Rd., Suite 250

Leawood, KS 66206

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages

# EXHIBIT A

ELECTRONICALLY FILED
2021 Dec 10 PM 3:37
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

## AFFIDAVIT OF SERVICE

**State of Kansas**                    **County of Wyandotte**                    **District Court**

Case Number: 2021-CV-000750

Plaintiff/Petitioner:
**JOSE ESTALA ORTIZ**

vs.

Defendant/Respondent:
**QUIKTRIP CORPORATION d/b/a QUIKTRIP #172, et al.**

Received by HPS Process Service & Investigations to be served on **QuikTrip West Incorporated, 112 SoutWest 7th Street, Suite 3C, Topeka, KS 66603**.

I, KATIE SHIFLETT, being duly sworn, depose and say that on the **17th day of November, 2021 at 12:10 pm, I:**

Served the within named establishment by delivering a true copy of **Summons; Plaintiffs First Request for Production of Documents to Defendant QuickTrip West, Incorporated; Opening Interrogatories to QuikTrip West, Incorporated; Petition for Damages and Certificate of Service.** to Tammy Cessna, Intake Specialist at the address of **112 Southwest 7th Street, Suite 3C, Topeka, KS 66603**.

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the 23rd day of
November, 2021 by the affiant who is personally known
to me.

NOTARY PUBLIC

**KATIE SHIFLETT**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2021022882

Elmer William Wilson
NOTARY PUBLIC~STATE OF KANSAS
MY APPT EXP: Dec 8 2021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **QuikTrip West Incorporated**
> **112 SW 7th St. Suite 3C**
> **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Shawn Foster, Foster
> 10601 Mission Rd., Suite 250
> Leawood, KS 66206

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**
PLE: Petition Petition for Damages

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 10 PM 3:37
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

## AFFIDAVIT OF SERVICE

**State of Kansas**                         **County of Wyandotte**                         **District Court**

Case Number: 2021-CV-000750

Plaintiff/Petitioner:
**JOSE ESTALA ORTIZ**

vs.

Defendant/Respondent:
**QUIKTRIP CORPORATION d/b/a QUIKTRIP #172, et al.**

Received by HPS Process Service & Investigations to be served on QuikTrip West LLC, 112 SouthWest 7th Street, Suite 3C, Topeka, KS 66603.

I, KATIE SHIFLETT, being duly sworn, depose and say that on the **17th day of November, 2021 at 12:10 pm, I:**

Served the within named establishment by delivering a true copy of **Summons; Petition for Damages; Plaintiff's First Request for Production of Documents to Defendant QuickTrip West, LLC.; Opening Interrogatories to QuikTrip West, LLC and Certificate of Service.** to Tammy Cessna, Intake Specialist at the address of **112 Southwest 7th Street, Suite 3C, Topeka, KS 66603.**

I am over the age of eighteen, and have no interest in the above action.

*Katie Shiflett*

**KATIE SHIFLETT**
Process Server

Subscribed and Sworn to before me on the 23rd day of November, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2021022881

Elmer William Wilson
NOTARY PUBLIC~STATE OF KANSAS
MY APPT EXP: Dec 8 2021

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Nov 16 AM 9:34
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

Jose Estala Ortiz

vs.

QuikTrip Corporation d/b/a QuikTrip #172 et. al.

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

> **QuikTrip West LLC**
> **112 SW 7th St. Suite 3C**
> **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Shawn Foster, Foster
> 10601 Mission Rd., Suite 250
> Leawood, KS 66206

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 11/16/2021 10:19:43 AM

**Documents to be served with the Summons:**

PLE: Petition Petition for Damages

**EXHIBIT A**

ELECTRONICALLY FILED
2021 Dec 13 AM 10:30
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER:  2021-CV-000750

# IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | | |
|---|---|---|
| **JOSE ESTALA ORTIZ,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| **v.** | ) | **Case No. 2021-CV-000750** |
| | ) | |
| **QUIKTRIP CORPORATION** | ) | |
| | ) | |
| **Defendants**. | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Nicholas K. Schmiemeier, of Preuss | Foster, and hereby enters his appearance as counsel on behalf of Plaintiff Jose Estala Ortiz.

Respectfully Submitted By:

**PREUSS | FOSTER**

*/s/ Nicholas K. Schmiemeier*
Shawn G. Foster, KS #19090
Thomas J. Preuss, KS #21431
Nicholas K. Schmiemeier, KS #28713
10601 Mission Rd., Suite 250
Leawood, KS 66206
Ph. 816-307-2788
Fax:816-336-9705
Email: sfoster@pflaw.com
tjpreuss@pflaw.com
nschmiemeier@pflaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was served on this 13th day of December, 2021 via the Court's electronic filing system providing notice to all parties of record.

*/s/ Nicholas K. Schmiemeier*
***Attorney for Plaintiff***

# EXHIBIT A